# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

TRACEY E. GREEN
Reg. #12098-045                                           PETITIONER

v.                      No. 2:18-cv-60-DPM

GENE BEASLEY, Warden, Forrest City Low        RESPONDENT

## ORDER

It appears Green hasn't received Magistrate Judge Kearney's recommendation. № 10. The Court directs the Clerk to send Green another copy of the recommendation, № 9, with this Order. The Court extends the objection deadline to 12 April 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 March 2019