# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

TRACEY E. GREEN  
Reg. #12098-045                                                                    PETITIONER

v.                              No. 2:18-cv-60-DPM

GENE BEASLEY, Warden, Forrest City Low                         RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's careful recommendation, № 9, and overrules Green's objections, № 12. FED. R. CIV. P. 72(b)(3). The BOP's disciplinary process did not violate Green's due process rights; and some evidence supported his disciplinary conviction. Green's § 2241 petition will therefore be dismissed with prejudice. Motion for status update, № 10, denied as moot.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

9 May 2019