# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

TRACEY E. GREEN  
Reg. #12098-045                                      PETITIONER

v.                    No. 2:18-cv-60-DPM

GENE BEASLEY, Warden, Forrest City Low               RESPONDENT

## JUDGMENT

Green's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2019